

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00394-CV

**IN THE MATTER OF S.A.**, A Juvenile

From the County Court at Law, Val Verde County, Texas
Trial Court No. J-08-107
Honorable Sergio J. Gonzalez, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed: November 4, 2009

DISMISSED

      S.A., a juvenile, has filed a motion to withdraw her notice of appeal and dismiss the appeal.

The motion is signed by S.A., her attorney, and S.A.'s mother. We grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM